No. 449. HASKELL ET AL. *v.* CALIFORNIA. Jurisdictional statement submitted December 3, 1932. Decided December 12, 1932. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by

§237 (c), Judicial Code as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Hugh L. Dickson* for appellants. *Messrs. U. S. Webb* and *Tracy Chatfield Becker* for appellee.